## JOHNSON v. STATE.
### No. 26319.

Court of Criminal Appeals of Texas.
May 20, 1953.

No attorney on appeal.

Wesley Dice, State's Atty., Austin, for the State.

DAVIDSON, Commissioner.

This purports to be an appeal from a conviction for robbery, with punishment assessed at fifteen years in the penitentiary.

No notice of appeal appears to have been given and entered of record.

The jurisdiction of this court does not attach in the absence of a notice of appeal.

The appeal is accordingly dismissed.

Opinion approved by the court.